

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-23-00066-CV

Abelardo G. **GONZALEZ**,
Appellant

v.

Alberto J. **GONZALEZ**, Sergio R. Gonzalez, Rosalinda Gonzalez, Dianna Gonzalez,
Appellees

From the 341st Judicial District Court, Webb County, Texas
Trial Court No. 2018CVH001007D3
Honorable Joel B. Johnson, Judge Presiding

BEFORE CHIEF JUSTICE MARTINEZ, JUSTICE RODRIGUEZ, AND JUSTICE
VALENZUELA

In accordance with this court's memorandum opinion of this date, this appeal is
DISMISSED FOR WANT OF PROSECUTION. *See* TEX. R. APP. P. 37.3(b) (allowing appellate
courts to dismiss an appeal for want of prosecution when an appellant fails to pay or make
arrangements to pay the fee for preparing the clerk's record); *see also* TEX. R. APP. P. 42.3(c)
(allowing appellate courts to dismiss an appeal when an appellant fails to comply with a court
order). Costs of appeal are taxed against appellant.

SIGNED May 24, 2023.

Liza A. Rodriguez, Justice